RECEIVED

MAY – 5 2021

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

NAOKO WORRELL,
             Plaintiff,

       v.

UNITED SERVICES AUTOMOBILE ASSOCIATION,
FEDERAL SAVINGS BANK (USAA FSB)
         Defendants.

_____/

**SA21CA0452OG**

CASE NO.: _____

### VERIFIED COMPLAINT FOR VIOLATION OF
### THE CONSUMER CREDIT PROTECTION ACT (CCPA),
### ALLEGING ILLEGAL DISCRIMINATION, AND RETALIATION

      This is a civil action for enforcement seeking compensatory and punitive damages and

other relief against United Services Automobile Association Federal Savings Bank (USAA FSB)

, for its arbitrary discriminatory and unlawful conduct, and for violations committed against

Plaintiff pursuant to the Consumer Credit Protection Act (CCPA):15 U.S. Code Ch 41 § 1601 et.

Seq.; the Equal Credit Opportunity Act (ECOA):15 U.S. Code § 1691 et. Seq.; the Unfair or

Deceptive Acts and Practices (UDAP) statutes, and other applicable state's laws against Unfair

Trade Practices, including 15 U.S. Code § 45 et. Seq.; and the UTPA laws of Florida and Texas,

and sets forth as follows:

### I.
### BACKGROUND AND FACTUAL ALLEGATIONS

1.     Plaintiff's banking relationship and membership with USAA FSB began about February 2012,

    nearly a decade ago, and consisted of a savings and checking account; certificate of deposits

    (CDs); a visa credit card; and an auto insurance policy.

2.     Each of Plaintiff's accounts were well maintained in good standing all times preceding the

    Defendant's alleged improper conduct. Thus, there is zero derogatory history to support

    Defendant's sudden, arbitrarily, retaliatory, and adverse discriminatory actions against Plaintiff.

- 1 -

3.  USAA FSB issued knowingly contrived, intentionally inaccurate, written notices dated March 28, 2019, and shortly afterwards, advising that it was (unilaterally) closing Plaintiff's accounts for . . . *"unacceptable behavior or activity"*.  And, after several timely requests failed repeatedly to properly explain, substantiate, or even attempt to clarify any proper legal basis for its adverse actions against Plaintiff; see Composite Exhibit A.

4.  Defendant, pursuant to its own official business charters, banking licenses, and other operating agreements is duty bound by expressed and implied covenants, to maintain good faith and fair practices in its business dealings.

5.  However, USAA FSB intentionally and purposefully breached its obligations to follow applicable law and to maintain good faith and fair practices in its business dealings, by deliberately falsely claiming *". . . unacceptable behavior or activity"*, or anything derogatory occurred with Plaintiff's accounts.

6.  The claims USAA FSB stated repeatedly in its 2019 cancellation notices, and subsequently relied on to take adverse actions including its abrupt closure of Plaintiff's accounts, are bogus, willfully false, unsubstantiated, cleverly veiled excuses it disingenuously manufactured and fabricated to conceal its own blatantly unlawful, discriminatory, and retaliatory behavior.

7.  USAA FSB was contacted timely by Plaintiff and asked on several occasions to provide more precise proper explanation for its seemingly abrupt and arbitrary decision to close Plaintiff's otherwise well managed accounts, after issuing its wrongful knowingly false notices in 2019.

8.  Defendant however did not (or could not) provide any proper rationale, evidence, or reasoning to support its arbitrary and discriminatory actions against Plaintiff in this matter.

9.    Here, Defendant's illegal conduct is egregious and undertaken with willful disregard for
      Plaintiff's protected rights under federal law, and in blatant violation of Defendant's legal
      obligations. Hence subjecting USAA FSB to compensatory and punitive damages, if proven.

10.   The extent and egregiousness of Defendant's unlawful conduct in this matter is further
      heightened and aggravated because it has repeatedly failed to provide even the slightest
      evidence, or anything else, to support the willfully false claims in its 2019 cancellation notices.

11.   USAA FSB thereby intentionally breached its stated and implied covenants of good faith and fair
      dealing and its other legal obligations, as essential predicates for engaging in banking, per se.

12.   Although under current federal law businesses such as USAA FSB enjoy very broad leeway and
      autonomy to choose their customers, clients, and members, there is however a legal prohibition
      against using any deceptive, unfairly discriminatory, or retaliatory factors, in reaching their
      decisions.

13.   Plaintiff in good faith believes and will show, after sufficient discovery and trial, that USAA
      FSB refused to fully disclose the true justification, real rationale, and actual factors precipitating
      its actions solely due to their illegal basis and plain retaliatory nature.

14.   Furthermore, except for its illegal discriminatory treatment of Plaintiff's well managed accounts,
      USAA FSB is unable to produce any reasonable justification to support its arbitrary, retaliatory,
      unlawful actions in this case, deliberately intended to victimize Plaintiff.

15.   By embarking on and executing such legally prohibited, biased, and unfairly discriminatory
      course of action, including abruptly and unjustifiably closing Plaintiff's well managed accounts
      which were always in good standing, USAA FSB fully anticipated, knew, or should have known,
      the significant degree of undue personal hardship and severe impacts of its illegal actions upon
      Plaintiff. Nonetheless, it decided and indeed carried out its wrongful actions against Plaintiff.

16.    USAA FSB furthermore has refused to relent, or to even reconsider its willfully unfair actions
and illegal conduct – although it ultimately could provide no legal or reasonable support nor
proper basis for its retaliatory actions and unlawful conduct -- even after the Federal Consumer
Protection Bureau (FCPB) provided USAA FSB additional opportunities do so, during May -
July 2019; Exhibit C, Complaint no.:190507-4048449.

17.    Therefore, USAA FSB elected to continually breach and disregard its mandatory duties for good
faith and fair dealing by purposefully acting in bad faith, and by knowingly making and relying
on false contrived claims and deception in its business dealings with Plaintiff, although it is fully
aware that it is prohibited by law from engaging in such conduct.

18.    Additionally, there exist solid grounds to support a good faith belief that USAA FSB's improper
actions in this case are not only based on illegal bias, but are also retaliatory and tied directly to
Plaintiff exercising legally protected rights, duties, and responsibilities connected to an otherwise
routine windshield replacement insurance claim, processed by Defendant's wholly owned
subsidiary: USAA Insurance; Exhibit B.

19.    By choosing to engage in its blatantly illegal, retaliatory, and biased discriminatory conduct
described here, and by further continually refusing to relent from such wrongful actions, USAA
FSB knowingly engaged in legally prohibited conduct and violations of federal law, merely for
Plaintiff exercising its protected rights and responsibilities as an insured automobile owner.

20.    Moreover, USAA FSB knew or should have known and anticipated, that as proximate
consequence of its vindictive, wrongful, biased, and retaliatory conduct, it could and would
cause significant undue hardships. Yet Defendant sought to maximize, rather than minimize, the
hardship and damages caused to Plaintiff by its unlawful actions.

21.   Furthermore, by its refusal and failure to relent, or even attempt to disclose the true basis for its

vindictively biased and retaliatory actions against Plaintiff, USAA FSB has unnecessarily

precipitated this lawsuit. Therefore, it should bear the costs for damages resulting from its

actions and injuries to Plaintiff.

22.   Especially since defendant, by its actions, inaction, and omissions, has refused or ignored every

reasonable opportunity to provide a valid legal basis, justification, or rationale to shed light on its

plainly discriminatory and retaliatory actions in this case. Thus, forcing filing of this civil action,

and incurrence of additional unnecessary costs.

## II.
## JURISDICTION AND PROPER VENUE

Pursuant to 28 U.S. Code § 1332 the Court has jurisdiction over this matter and is the

appropriate venue because of complete diversity of citizenship of the parties. Defendant is a

federally insured financial institution with clear duties to comply and operate in accordance with

provisions of the laws of the United States. USAA FSB is headquartered or located in San

Antonio Texas, within this district, and the controversy and amount at stake exceed the Court's

jurisdictional amount of Seventy-five Thousand Dollars ($75, 000.00).

## III.
## DEMAND FOR JURY TRIAL

In accordance 28 U.S.C. § 1873 and Fed. R. Civ. P. 38 Plaintiff demands a jury trial on

all issues so triable.

## IV.
## VIOLATIONS OF FEDERAL LAW AND
## WILLFUL DISREGARD OF PROTECTED RIGHTS

### COUNT ONE
*Defendant's Conduct Violates the Consumer Credit Protection Act (CCPA);*
*15 U.S. Code Ch 41 § 1601 et. Seq., (Pub. L. 90-321, 82 Stat. 146)*

23.    Plaintiff hereby repeats, realleges, and incorporates the allegations in paragraphs 1 through 22, as though fully restated here.

24.    As alleged in the facts outlined above, further detailed here, and described below in counts two and three, Defendant's wrongful actions represent blatant willful violation of the Consumer Credit Protection Act (CCPA), prohibiting discrimination for good faith exercise of any rights under the CCPA, and expressly prohibiting organizations from engaging in discrimination on the basis of race, color, religion, national origin, sex, marital status, age . . . in any aspect of a transaction connected to credit.

25.    **WHEREFORE,** Plaintiff prays that the Court enter judgement in Plaintiff's favor against USAA FSB for intentionally violating title VII of the CCPA which directly prohibits financial institutions from engaging in unfair, discriminatory, or retaliatory conduct against American consumers.

## COUNT TWO
*The Alleged Conduct Violates the Equal Credit Opportunity Act (ECOA);*
*15 U.S. Code § 1691 et. Seq., as implemented by Regulation B (12 CFR Part 1002)*

26.    Plaintiff hereby repeats, realleges, and incorporates the allegations in paragraphs 1 through 25, as though fully restated here.

27.    As alleged in the facts outlined above, further detailed here, and described below in count three, Defendant's wrongful actions represents intentional and blatant violation of expressed and specific provisions of the Equal Credit Opportunity Act (ECOA).

28.    **WHEREFORE,** Plaintiff prays that the Court, as 15 U.S. Code 1691e expressly empowers it to do, enter judgement in Plaintiff's favor against USAA FSB.

## COUNT THREE
*The Conduct of USAA FSB Violates federal laws against Unfair or Deceptive Acts and Practices*
*(UDAP) and applicable state laws against Unfair Trade Practices;*
*15 U.S. Code § 45 et. Seq.; and UTPA laws of Florida and Texas*

- 6 -

29. Plaintiff hereby repeats, realleges, and incorporates the allegations in paragraphs 1 through 28 as though fully restated here.

30. As stated in the facts outlined above and further detailed here, Defendant's wrongful actions represent deliberate breach of its implied and express covenant of good faith and fair dealing and violates 15 U.S. Code § 45 et. Seq., prohibiting it from making knowingly false, inaccurate, or misleading statements to conduct business.

31. Moreover, USAA FSB failed intentionally to seriously attempt to comply with statutory and regulatory requirements to maintain effective management systems and procedures to help it promptly detect and correct improper, discriminatory, unfair, or deceptive practices uncovered from properly handled consumer complaints.

32. **WHEREFORE,** Plaintiff prays the Court enter judgement in Plaintiff's favor against USAA FSB, which is prohibited from engaging in the unlawful conduct alleged herein, pursuant to applicable state laws and federal statutes expressly requiring that businesses, especially financial institutions, shall not engage in knowingly false, deceptive, inaccurate, misleading, or any other unprofessional actions or practices, as alleged against USAA FSB.

## V.
## RELIEF REQUESTED

**WHEREFORE,** Plaintiff seeks entry of judgment against USAA FSB for compensatory and punitive damages for injuries proximately caused by its illegal conduct. And further seeks entry of an order instantly compelling Defendant's compliance with the laws set up to prohibit business organization such as banks from arbitrary engaging in retaliatory, unfair, vindictive, and discriminatory practices against U.S. consumers for exercising legally protected rights and responsibilities.

Plaintiff furthermore seeks assessment of penalties, sanctions, and compensatory damages against Defendant for its refusal to observe, and for its deliberate and intentional disregard for, Plaintiff's protected rights as a U.S. consumer to conduct business free from illegal biases, and free from wrongful, unfair, and retaliatory actions. Therefore, Plaintiff seeks restitution for damaged caused as direct and proximate result of USAA FSB's illegal actions, pursuant to applicable federal law and consumer rights guarantees, including the CCPA and ECOA. And for whatever additional legal relief and remedy the Court deems fair, suitable, and just -- after considering and weighing Defendant's willful violative and intransigent conduct to deliberately cause Plaintiff undue hardship, emotional distress, pain, and suffering.

## VI.
## ALTERNATIVE REMEDY

The only suitable alternative remedy to this legal action against USAA FSB for the retaliation and other illegal discriminatory actions committed, and which it continues to commit against Plaintiff, is acknowledgement of its wrongful actions, and a written formal apology with sufficient descriptions of the procedures and policies that USAA FSB has adopted and fully implemented, since April 2019, to prevent future recurrences of similar retaliatory or other illegal discriminatory conduct against U.S. consumers.

Dated: Thursday, April 15, 2021

Respectfully submitted,

/s/ Naoko Worrell
Naoko Worrell
2950 SE Ocean Boulevard, #1-2
Stuart, FL 34996-3546

**LEGAL SERVICE**: VIA ECM, AND BY CERTIFIED MAIL TO:

(1)    USAA
9800 Fredericksburg Road
San Antonio, TX 78288-0001

**ATTENTION**: CEO / GENERAL COUNSEL

Dated: Thursday April 15, 2021

Respectfully submitted,

Sign: *n Worrell*

**Naoko Worrell.**

---

### WITNESSED AND NOTARIZED

**STATE OF FLORIDA,**
**MARTIN COUNTY.**

Subscribed and Sworn to before me, In my presence,
This 15th day of April, 2021  ☒ By means of physical presence.

*Ruth A Waller*
(Notary Signature)
My commission expires 02/20/2024

> Ruth A. Waller
> State of Florida
> My Commission Expires 02/20/2024
> Commission No. GG 948237

This person is personally known to me _____; or

Type of identification produced: Florida Drivers License.

---

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

NAOKO WORRELL,
          Plaintiff,

         v.                        CASE NO.: _____

UNITED SERVICES AUTOMOBILE ASSOCIATION,
FEDERAL SAVINGS BANK (USAA FSB)
          Defendants.
_____/

### CERTIFICATE OF SERVICE

    I, **Naoko Worrell**, Plaintiff pro se, do here by certify that on the 4th Day of May 2021, a

true and correct copy of the foregoing pleading was forwarded to the representatives and attorney

for Defendant **USAA FSB**, by Certified U.S.P.S. Mail at the following address:

        USAA, 9800 Fredericksburg Road, San Antonio, TX 78288-0001

        **ATTENTION: CEO / GENERAL COUNSEL**

Dated: Tuesday May 4, 2021

                         _N V Worrell_

                    Signature of Plaintiff Naoko Worrell
                       2950 SE Ocean Boulevard, #1-2
                         Stuart, FL 34996-3546

# EXHIBIT - A of USAA complaint (9 pgs)

Naoko V. Worrell
2950 SE Ocean Boulevard; Building 1, Unit 2,
Stuart, Florida 34996

United Services Automobile Association (USAA),
9800 Fredericksburg Road
San Antonio, Texas 78288-0544

Attention: Stuart Parker, CEO / Deneen Donnley Esq., Chief Legal Officer

Dear Mr. Parker / Ms. Donnley:

I write in response to USAA's correspondence dated March 28, 2019, attached hereto as Composite Exhibit-A, consisting of two notices informing me that… *"due to unacceptable behavior or activity"* …my Savings Account, Checking Account, Credit Card Account, and Certificate of Deposit Account will be closed by Saturday, April 27, 2019, *"per our Depository Agreement"*. See Notice, paragraph 1. Also included here for reference as Exhibit-B is a copy of my February 13, 2019 statement disputing an improper credit card charge by *Prestine Mobile Auto-Glass Inc*. Notably, my auto insurance policy which has never lapsed since inception over six years ago, was _not_ mentioned for cancellation.

Even if USAA has a right to unilaterally arbitrarily close my accounts, the timing and false justification stated in its notice strongly suggest that the real reason motivating its actions clearly is direct retaliation for me exercising my basic *consumer rights and responsibilities*. Based on information and belief, these actions appear entirely *improper, vindictive, and discriminatory*, especially given the extensive positive history of my accounts. Therefore, I strongly object to USAA's bad faith discriminatory retaliatory actions.

Please be advised that I intend to promptly file complaints with the appropriate regulatory agencies, and if needed take separate legal action.

Regretfully,

Done, and dated: April 12, 2019.

Signature: *N V Worrell*
Naoko V. Worrell

Delivery via Registered Mail.

Page **1** of **1**

# LETTER ENCLOSURE

## Composite Exhibit – A

- USAA March 28, 2019 retaliatory notice cancelling my accounts for exercising basic consumer rights



USAA Savings Bank
P.O. Box 14050
Las Vegas, Nevada 89114-4050

02863.4WGSY.JSS1741105059.01.01.679

NAOKO WORRELL                                                    March 28, 2019
2950 SE OCEAN BLVD APT 1-2
STUART FL 34996-3546

Reference: Information about Your Credit Card Account

Dear Mrs. Worrell,

We appreciate that you chose USAA Savings Bank for your finances. However, after careful evaluation, we're sorry to inform you that we elected to close your credit card account listed below due to unacceptable behavior or activity:

Credit card account ending in 3692

*Remember that if you owe a balance on this account, you are still responsible for paying the outstanding balance.*

**Your next steps**
Please take immediate action to prepare for this change by doing the following:

- Update your payment information with merchants if you use your credit card for recurring payments.
- Make other payment arrangements for convenience checks that haven't cleared.

**USAA's next steps**
USAA will do the following:

- Discontinue your bank access to usaa.com and bank services available through this site.
- Deny applications for other USAA products and services.

030459417 - DM-02863                                            128350-0314



If you have questions, please call us at 210-531-USAA (8722), our mobile shortcut #8722 or 800-531-8722, Monday through Friday from 7:30 a.m. to 8 p.m. and Saturday from 9 a.m. to 4 p.m.

Sincerely,

David Fersdahl
President
USAA Savings Bank

**NOTICE:** The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract), because all or part of the applicant's income derives from any public assistance program, or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is: Bureau of Consumer Financial Protection, 1700 G Street Northwest, Washington, DC 20006.



USAA Federal Savings Bank
10750 McDermott Freeway
San Antonio, Texas 78288-0544

03144.4WGWH.JSS1741122458.01.01.2079

NAOKO WORRELL                                             March 28, 2019
2950 SE OCEAN BLVD APT 1-2
STUART FL 34996-3546

Reference: Information about Your USAA Federal Savings Bank Accounts

Dear Mrs. Worrell,

We appreciate that you chose USAA Federal Savings Bank for your finances. However, after careful evaluation, we're sorry to inform you that USAA Federal Savings Bank is exercising its right to no longer do banking business with you per our Depository Agreement. We are electing to close the following accounts April 27, 2019:

**Account**
Checking account ending in 0558
Savings account ending in 0531
CD account ending in 7012

*Remember that any item presented for payment after April 27, 2019, will be returned as "Account Closed."*

**Your Next Steps**
Please take immediate action to prepare for this change by doing the following:

- Stop direct deposits and other automatic debits and credits before April 27, 2019.
- Make arrangements for checks that haven't cleared.

**USAA's Next Steps**
USAA may do the following:

- Discontinue your bank access to usaa.com and bank services available through this site.
- Deny applications for other USAA products and services.

If you have questions, please call us at 210-531-USAA (8722), our mobile shortcut #8722 or 800-531-8722, Monday through Friday from 7:30 a.m. to 8 p.m. and Saturday from 9 a.m. to 4 p.m.

Thank you,
USAA Federal Savings Bank

030459417 - DM-03144

128349-0718

Page 1 of 1

# EXHIBIT - B : Insurance complaint (4 pgs)

## Exhibit – B

- February 13, 2019 statement disputing charge

Naoko V. Worrell
2950 SE Ocean Boulevard; Building 1, Unit 2,
Stuart, Florida 34996

The Director of Auto Claims,
United Services Automobile Association (USAA),
10750 McDermott Freeway,
San Antonio, Texas 78288-0544

Stuart Parker, CEO
Customer service: 1 800 - 531- 8722

In re: Claim # 030459417-001 (Front Windshield Auto Glass)

### Affidavit or Sworn Statement of Loss and Property Damage

I, NAOKO VENUS WORRELL, the insured under USAA Policy # 03045-94-17C-7101-9, hereby submit the following statement of facts concerning the property damage and loss related to my 2013 BMW X3 vehicle (VIN # 5UXWX9C56D0DO5592):

1. On Sunday January 14, 2019, while travelling on the interstate in Florida a pebble impacted the front windshield of my vehicle described above, damaging it.

2. On the next morning, January, 15, 2019, after searching online for local auto glass repair / replacement services, we spoke with the owner and operator of Pristine Auto Glass Inc., Eddie Feliciano, regarding the online quote that had been obtained.   After confirming with him that the quality of the replacement windshield and workmanship would be compatible with what is necessary for the vehicle, which is kept in showroom new pristine condition, an appointment was scheduled for the next morning, Tuesday, January 16, 2019.

3. When Mr. Feliciano arrived on Tuesday morning, we attempted to obtain from him in person further details and assurances to assure the quality of product and workmanship, before a replacement was performed, including whether GENUINE BMW parts could be used. We now reasonably believe, based on subsequent dealings with the repair company and what occurred over the following two weeks, that full and accurate disclosure, details, and descriptions of the product and service were NOT provided before the windshield replacement.

4. Almost immediately there were problems, including several false unkept promises by Mr. Feliciano to perform corrective actions. There was furthermore never a follow-up phone call nor explanation by them, before or after the no-show follow-up appointments.

Page **1** of **3**

5.  Moreover, on Wednesday January 17, 2019 - the very next day after they obtained my Credit Card information as payment, several fraudulent charges and unauthorized activity occurred on my account, forcing me to shut-down and cancel the credit card.

6.  Additionally, as part of the USAA auto glass claims normal process, Mr. Feliciano and the company were required to provide a properly detailed itemized invoice, and was asked to do so by USAA and me on January 17, 2019, but has never provided a valid reason nor explanation for not providing the necessary information and itemized invoice.

7.  Eventually, on Wednesday January 30, 2019, after almost two weeks of not obtaining the needed information, I spoke simultaneously with Megan-H of USAA and Mr. Feliciano to clarify exactly why the requested itemized invoice was not received by fax, as his company was claiming. Accordingly, the email address for both Megan-H at USAA plus mine were provided to scan and email the hand-written itemized invoice he claimed he had faxed to USAA.

8.  The following day, after still failing to receive the information promised on the previous day, I contacted Mr. Feliciano again, who misrepresented that he did not promise to provide an itemized invoice, then hung up the phone!

9.  Consequently, I immediately sent Mr. Feliciano and his company, Pristine Auto Glass, written notice DISAPPROVING the repairs, and gave them three (3) business days to perform corrective action to fix the problem by removing the inferior materials and unsatisfactory workmanship performed on my vehicle; and letting them that know the vehicle would not be available for them to fix the problem after that time. See email notice on 1/31/2019; Exhibit-A. They have NOT responded, thus confirming fears about being an unreliable "fly-by night" operation.

10. Therefore, after considering the whole problem my vehicle was taken to the local BMW dealership, Coggins BMW, for fully warrantied repairs to be properly performed.

11. However, after informing USAA of my decision to have the work performed properly by the local BMW dealer due to a very unfortunate and unpleasant experience with "Pristine", USAA also became unresponsive and uncooperative in processing the auto glass claim, and has not returned my calls or requests since Wednesday, February 6, 2019 to present;  particularly after talking to a USAA adjuster ("Amanda" @ 210-531-8722) who has refused to escalate my request to a qualified claims department supervisor, or manager.

Page **2** of **3**

12.   Furthermore, USAA did not provide timely approval needed by the BMW dealer to perform the repairs to my vehicle - a likely serious breach of the terms of my policy, and possible reportable offense for our state insurance regulators.

13.   Besides being a loyal USAA member for many years, I have paid my monthly premiums for fully comprehensive insurance coverage for more than EIGHT (8) YEARS, without ever making a single claim! Needless to say, I AM PROFOUNDLY DISAPPOINTED WITH THIS SITUATION AND CONSIDERING MY OPTIONS, INCLUDING TAKING LEGAL ACTION.

14.   This entire matter is extremely UNSAT, especially for USAA, which should promptly take all necessary corrective steps towards repairing its immensely damaged relationship and image as a top ranked company with me and my military family, who have been extremely dedicated USAA members, for literally decades.

Dated:  February 13, 2019.

Respectfully submitted,

Signature:    _Naoko V. Worrell_
Printed name:    Naoko V. Worrell

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing was provided, electronically by email and via the means provided, to all parties concerned or affected with the outcome of this matter. ***SERVICE VIA EMAIL.***

### SWORN / WITNESSED / NOTARIZED

STATE OF FLORIDA )
MARTIN COUNTY     ): SS
                  )

Before me, the undersigned authority, personally appeared *NOAKO V. WORRELL*, who under penalty of perjury, being duly sworn deposes and says that the foregoing affidavit is true and correct. Sworn and subscribed to in my presence, this *13th day of February, 2019*, by **NAOKO VENUS WORRELL**, who took an oath administered by me, and is personally known to me; or who produced a current Florida driver's license as valid identification: _____

**(NOTARY SEAL)**

Gina C. Jordan
Notary Public
State of Florida
My Commission Expires 09/12/2022
Commission No. GG 258002

_Gina C. Jordan_
Notary Signature

My Commission expires: 9-12-22

Page **3** of **3**

# EXHIBIT - C : CFPB Complaint (6 pgs)

Due to the nationwide impacts of the coronavirus (COVID-19), it may take us longer than usual to answer your call.

We are still processing complaints and you can check the status of an existing complaint online.

 Consumer Financial
Protection Bureau  (https://www.consumerfinance.gov/)

‹ All complaints (.)

## 190507-4048449

**CLOSED**

✓ Submitted

**STATUS**
Submitted to the CFPB on 5/7/2019

**PRODUCT**
Credit card or prepaid card

**ISSUE**
Trouble using your card

### We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

On April 27, 2019 USAA illegally closed my Visa Credit Card, Checking and Savings Accounts, and Certificate of Deposit based on UNLAWFUL RETALIATION against me exercising my basic consumer rights to dispute wrongful charges. Then falsely claimed their actions are based on my "UNACCEPTABLE BEHAVIOR OR ACTIVITY". In this case USAA is deliberately violating THE FEDERAL EQUAL CREDIT OPPORTUNITY ACT by illegally

discriminating based on race, and national origin, and because I have in good faith exercised my rights under the Consumer Protection Act. Naoko V. Worrell; (In Re: USAA Bank accounts held from 2012 - 2019) 772-201-4402

**ATTACHMENTS**
07May_2019 CFPB.pdf (393.4 KB)

Hide full complaint ⊖

## What product or service is your complaint about?

**PRODUCT OR SERVICE**
Credit card or prepaid card

**TYPE**
General-purpose credit card or charge card

## What type of problem are you having?

**ISSUE**
Trouble using your card

**HAVE YOU ALREADY TRIED TO FIX THIS PROBLEM WITH THE COMPANY?**
Yes

## What happened?

On April 27, 2019 USAA illegally closed my Visa Credit Card, Checking and Savings Accounts, and Certificate of Deposit based on UNLAWFUL RETALIATION against me exercising my basic consumer rights to dispute wrongful charges. Then falsely claimed their actions are based on my "UNACCEPTABLE BEHAVIOR OR ACTIVITY". In this case USAA is deliberately violating THE FEDERAL EQUAL CREDIT OPPORTUNITY ACT by

illegally discriminating based on race, and national origin, and because I have in good faith exercised my rights under the Consumer Protection Act. Naoko V. Worrell; (In Re: USAA Bank accounts held from 2012 - 2019) 772-201-4402

☑ **I want the CFPB to publish this description on consumerfinance.gov so that others can learn from my experience.**

The CFPB will take steps to remove my personal information from this description but someone may still be able to identify me. Learn how it works. I consent to publishing this description after the CFPB has taken these steps.

**What would be a fair resolution to this issue?**

Corrective action must include a written apology from USAA CEO / President, retraction of its intentionally false statements claiming that I somehow (suddenly) misused my account, acknowledgement that its actions are unlawful and discriminatory based on me exercising my legally protected consumer rights, and whatever remedy federal statute and state law allows.

**1 attachment**

View uploaded documents by clicking on the file name

07May_2019 CFPB.pdf (393.4 KB)

# What company is this complaint about?

**COMPANY INFORMATION**
USAA FEDERAL SAVINGS BANK

# What people are involved?

**YOUR CONTACT INFORMATION**

Naoko Venus WORRELL

cottonvenus@hotmail.com
7722014402

2950 SE OCEAN BLVD, APT 1-2
STUART, Florida 34996
United States

**AFFILIATIONS**
**Spouse or parent / guardian's service details**
Branch: United States Navy
Status: Reserve
Rank: E5 - E7

## ✓ Sent to company

**STATUS**
Sent to company on 5/7/2019

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## ✓ Company responded

**STATUS**
Company responded on 5/21/2019

**RESPONSE TYPE**
Closed with explanation

**Company's Response**

Date of response: May 21, 2019. In your submission, you assert that USAA "illegally" closed your credit card, certificate of deposit (CD), and checking and savings accounts based on disputes you filed. You state that USAA falsely claims the actions were based on unacceptable behavior or activity and is discriminating against you. You want a written apology, retraction of the statements claiming you misused your account, acknowledgement that these actions are unlawful and discriminatory, and whatever remedy federal law allows. On January 31, 2019, we received a dispute from you regarding a charge in the amount of $330.15 from Pristine Mobile. Additional information was received, and the dispute was found in your favor. The temporary credit for the full amount became permanent. On March 28, 2019, we mailed you letters indicating that we were exercising our right to no longer do banking business with you. We indicated that your credit card, CD, and savings and checking accounts would be closed. According to the Depository Agreement and Disclosures and the USAA Credit Card Agreement, we may close your account at any time without advance notice. In April and May 2019, we issued checks for the remaining balances of your accounts and mailed them to your address on file. On April 18, 2019, we received a letter from you alleging USAA was closing your credit card account due to the dispute. The next day, we mailed you another letter confirming the closure of your credit card account. After a subsequent review of your accounts, we confirmed that they were closed in accordance with policy. While we understand you may not agree, we reject any allegations of wrongdoing, as the accounts were closed appropriately. In addition, there is no evidence to substantiate your allegation that the accounts were closed because of your dispute. We appreciate the opportunity to review this matter and respond to you. Credit cards are issued by USAA Savings Bank and serviced by USAA Federal Savings Bank, both Member FDIC. Other bank products are issued and serviced by USAA Federal Savings Bank.

## Feedback requested

**STATUS**
Feedback requested on 5/21/2019

**FEEDBACK DUE**
7/20/2019

### Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company responded to share your feedback. The CFPB will share your feedback responses with the company and use the information to help the CFPB's work with consumer complaints.

 **Closed**

The CFPB has closed your complaint.



**ADDITIONAL TOOLS AND RESOURCES**

Credit Cards (https://www.consumerfinance.gov/consumer-tools/credit-cards/)

---

**Privacy Act Statement**

**OMB #3170-0011**

**Note on user experience**

Have a question? ¿Preguntas?
(855) 411-2372

An official website of the United States Government