AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
September 13, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __MGR__
DEPUTY

| | |
|---|---|
| Naoko Worrell | ) |
| United Services Automobile Association, Federal Savings Bank (USAA FSB) | ) ) ) ) |
| *Defendant* | |

Civil Action No. 5:21cv452-OLG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** It is therefore ORDERED that Magistrate Judge Bemporad's recommendation (Dkt. No. 27) is ADOPTED IN FULL. It is FURTHER ORDERED that Plaintiffs case is DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(a)(2). Defendant's Motion to Dismiss (Dkt. No. 8), Plaintiffs Motion to Strike and for Default Judgment (Dkt. No. 17), and Plaintiffs Motion to add USAA as a defendant (Dkt. No. 22) are hereby DISMISSED AS MOOT. This case is CLOSED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Orlando L. Garica

Date: 09/13/2021

CLERK OF COURT   JEANNETTE J. CLACK

*Signature of Clerk or Deputy Clerk*

Print   Save As...   Reset